Paul E. Smith (Bar No. 038254)
Chandler K. Smith (Bar No. 038098)
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:  602.351.8000
Facsimile:  602.648-7000
Psmith@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Amazon.com Services, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EDGAR CHATE MINEER,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC, a Delaware limited liability company,<br><br>Defendant. | No.<br><br>**NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court of the State of Arizona, County of Navajo, Case No. CV2025-00536] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please take notice that, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, and LRCiv 3.6, Defendant Amazon.com Services LLC ("Amazon") hereby removes this case, originally filed as CV2025-00536 in the Superior Court of the State of Arizona, County of Navajo, to the United States District Court for the District of Arizona, Prescott Division. As set forth below, removal is proper pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction under 28 U.S.C. § 1332(a) because the parties have satisfied the requirements for diversity jurisdiction.

## I.    TIMELINESS OF REMOVAL

1.    On or about November 7, 2025, Plaintiff Edgar Chate Mineer commenced an action in the Superior Court of the State of Arizona in and for the County of Navajo as case number CV2025-00536. The Complaint asserts four claims: (1) disability discrimination in violation of the Arizona Civil Rights Act, A.R.S. § 41-1463(B); (2) veteran status discrimination in violation of the Arizona Civil Rights Act, A.R.S. § 41-1463(B); (3) retaliation in violation of the Arizona Civil Rights Act, A.R.S. § 41-1463(F); and (4) breach of the implied covenant. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, true and correct copies of the state court record available as of December 16, 2025, are attached as Exhibit A to the Declaration of Paul E. Smith, attached to this Notice of Removal as Exhibit 1. The Complaint lists Amazon.com Services LLC as the Defendant.

2.    Defendant Amazon was served on November 26, 2025. This Notice of Removal is thus timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of Amazon receiving the Summons and Complaint "though service or otherwise." Defendant Amazon does not waive any objection to improper service by filing this Notice of Removal and expressly reserves the right to object to improper service in its first responsive pleading herein.

## II.    VENUE

3.    The Superior Court of the State of Arizona, Navajo County is located within the District of Arizona. 28 U.S.C. § 82. Venue is therefore proper in this Court because it is the "district and division embracing the place where such action is pending." *Id.* § 1441(a).

## III.    GROUNDS FOR REMOVAL

4.    Under 28 U.S.C. § 1332(a), district courts have original jurisdiction over all civil actions where Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000. Plaintiff and Defendant are citizens of different states. Plaintiff

is a resident of St. John's, Arizona. [Am. Compl. ¶3] A corporation is a citizen of the state where it is incorporated and the state where it maintains its principal place of business for diversity jurisdiction purposes. 28 U.S.C. § 1332(c)(1). For purposes of diversity jurisdiction, a limited liability company is a citizen of every state of which its owners/members are citizens. *See, e.g., Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Defendant Amazon.com Services LLC is a limited liability company whose sole member is Amazon.com Sales, Inc., which is incorporated in the state of Delaware and maintains its principal place of business in Washington. Accordingly, Defendant Amazon.com Services LLC is a citizen of Delaware and Washington.

5.       Plaintiff also alleges that this is a Tier 3 case. [Civil Cover Sheet at 1] Under Ariz. R. Civ. P. 26.2(c)(3)(A), Tier 3 actions include claims of $300,000 or more. Further, in the "Demand for Relief," Plaintiff seeks past lost wages, future lost wages for two years or reinstatement, compensatory damages, and punitive damages, among other forms of relief, with the total amount in controversy exceeding $500,000. [Am. Compl. at 5]

6.       Because this case could have been brought originally in this Court under 28 U.S.C. § 1332(a), removal is appropriate under 28 U.S.C. § 1441.

7.       Accordingly, pursuant to 28 U.S.C. §§ 1332(a) and 1441, this Court may exercise jurisdiction over every claim alleged in this action.

**IV.    CONSENT AND NOTICE**

8.       Amazon is the only defendant in this action, and it consents to removal. *See* 28 U.S.C. § 1446(b)(2).

9.       Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, true and correct copies of the state court record are attached as Exhibit A to the Declaration of Paul E. Smith. Plaintiff's Motion for Leave to File Second Amended Complaint is currently pending in the state court.

*See* Exhibit A-13. Plaintiff has also filed an application for entry of default, which Amazon is in the process of retrieving from the state court file.

10. Exhibit 2 is a copy of the Notice of Removal (without attachments) that the undersigned attorney affirmatively states will be filed with the clerk of the Navajo County Superior Court and served on Plaintiff.

11. The required Civil Cover Sheet and Supplemental Civil Cover Sheet for Cases Removed from Another Jurisdiction are attached hereto. *See* LRCiv 3.6.

**V.    NO WAIVER OF DEFENSES**

12. By removing this action from the Superior Court of the State of Arizona, Navajo County to the United States District Court for the District of Arizona, Prescott Division, Defendant does not waive any defenses available to it.

Dated: December 19, 2025                          **PERKINS COIE LLP**

By: */s/ Paul E. Smith*
                                                            Paul E. Smith
                                                            2525 E. Camelback Road, Suite 500
                                                            Phoenix, Arizona 85016-4227

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

And I hereby certify that I have emailed and mailed by U.S. Postal Service the document to the following non CM/ECF participant:

Edgar Chate Mineer
ecmineer6@gmail.com
P.O. Box 194
St. Johns, AZ 85936

s/ Mary L. Lyles

-5-